AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Montana

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.       MJ-22-19-GF-JTJ |
| Garage of Residence of Dion Wilson Sr. | ) | |
| 1408 14th Street South, Great Falls, Montana | ) | |
| | ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ **State and** _____ District of _____ **Montana** _____
*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A, incorporated by reference;

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B, incorporated by reference;

**YOU ARE COMMANDED** to execute this warrant on or before _April 13, 2022_ *(not to exceed 14 days)*
☐  in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable Magistrate Judge John T. Johnston _____ .
*(United States Magistrate Judge)*

☐  Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐  for _____ days *(not to exceed 30)*      ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  _03/30/2022  1020 AM_

_____ John Johnston _____
*Judge's signature*

City and state:  _Butte, Montana_

Honorable U.S. Magistrate Judge John T. Johnston
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>788050-22-0027 | Date and time warrant executed:<br>03/31/2022 4:28 pm | Copy of warrant and inventory left with:<br>Dion Wilson Sr. |

Inventory made in the presence of :
Special Agent Mark Wozniak, ATF

Inventory of the property taken and name(s) of any person(s) seized:

One (1) Montana Identification Card ,"Zackery Andrew Harold Davis", #AA0000048432.
One (1) Montana Driver's License, "Zackery Andrew Harold Davis", #AAA0000096906.
One (1) California Driver's License, "Terrance O'Brien", #Y3815605.
One (1) Social Security Card, "ZACHERY DAVIS", #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.
One (1) Social Security Card, "TERRANCE OBRIEN", #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.
One (1) United States Passport, "ZACKERY ANDREW-HAROLD DAVIS", #665876678.
One (1) Boise State Univeristy Student Identification, "Alex Davis", #114109786.
One (1) California Coast Credit Union Debit Card, "TERRANCE O'BRIAN", #5537 4420 0849 1644.
One (1) black Visa Debit Card, "zack davis", #4403 9341 3537 7500.
One (1) Pay Pal Cash Debit Card, "ZACKERY DAVIS", #5143 7733 5106 5049.
One (1) State of California, County of San Bernadino, Birth Certificate, "ZACKERY ANDREW-HAROLD DAVIS", #1199836020587.
Three (3) Yale University Official Academic Transcripts, "ZACKERY DAVIS", Student ID #1528894077.
One (1) suspected Yale University Diploma, "ZACKERY DAVIS".
One (1) torn, blue, quarter of a blank check.
One (1) Hilton Honors Room Key holder, Room #130.
One (1) U.S. Army folder.
One (1) State of California, County of Riverside, Birth Certificate, "Trent Joseph Lancaster-Grady", #119943300446021-191.
One (1) Rental Agreement, between Dion Wilson and Trent Lancaster, dated 01/05/2022.
One (1) Benefis Hospital paperwork packet, to "Zackery A Davis".
One (1) manilla envelope.
One (1) brown, leather case notebook.
One (1) CVS prescription bottle, with torn label, containing approximately fourteen (14) suspected diazepam pills.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:        03/31/2022

_Executing officer's signature_

Scott Johnson, ATF Task Force Officer

_Printed name and title_